# EXPIRATION OF SUPERVISION WITH OUTSTANDING FINE BALANCE

**U.S. v. William Gregory St. Luce**
Docket No.: ~~02-00822-01~~
07-333-08

✓     The Court approves of the expiration of supervision with an outstanding fine balance.

_____     The Court does not approve of the offender's expiration from supervision with an outstanding fine balance.

SO ORDERED.

_____
Signature of Judicial Officer

1/4/2012
Date